UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALEB YANCY TROTTER** | * | **CIVIL ACTION NO:** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **VALARIS PLC** | * | **MAGISTRATE:** |

**************************************************

**COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, **Caleb Yancy Trotter,** a citizen of the State of Mississippi, who respectfully avers as follows:

1.

Made defendant herein is:

**Valaris PLC** (formerly ENSCO PLC and/or ENSCO ROWAN PLC at and after the time of the accident involved herein – hereinafter "VALARIS"), a foreign business entity that is conducting business in the State of Louisiana, in this district, and on the navigable waters of the United States adjacent to this district.

2.

Plaintiff's claims are brought pursuant to the Jones Act, 46 USC §30104 *et seq.* and the General Maritime Law as may be supplemented by the laws of the State of Louisiana.

3.

Defendant is justly and truly indebted to Plaintiff for all damages that are reasonable in the premises, together with legal interest from the date of incident until paid and all costs of these proceedings, by reason of the following:

4.

At all material times herein, Plaintiff, **Caleb Yancy Trotter**, was employed as a member of the crew of the VALARIS DS-18 (formerly the ROWAN RELENTLESS and/or ENSCO 204 at and after the time of the accident involved herein – hereinafter VALARIS DS-18).

5.

At all material times herein, Defendant, **Valaris**, was the owner, operator and/or owner *pro hac vice* of the VALARIS DS-18.

6.

At all material times herein, the VALARIS DS-18 was performing work in the Gulf of Mexico related to a well owned and/or operated by Exxon located in Walker Ridge, Block 584, which is located in federal waters of the Gulf of Mexico, south of the Parish of Terrebonne.

7.

On or about June 5, 2019, Plaintiff, **Caleb Yancy Trotter**, was proceeding down an interior stairway on the VALARIS DS-18 when upon reaching the last step, he slipped and fell backwards, landing on his buttocks and striking his lower back on the edge of another step.

8.

As a result of the aforedescribed incident, Plaintiff, **Caleb Yancy Trotter**, suffered injury to his lower back necessitating medical care. The injuries suffered by Plaintiff, **Caleb Yancy Trotter**, continue to cause him pain and suffering, and have resulted in the need for continuing medical treatment.

9.

The injuries and damages sustained by Plaintiff, **Caleb Yancy Trotter,** were caused by the negligence and/or fault of Defendant, **Valaris**, which negligence includes the following nonexclusive particulars:

1. Failure to provide a safe place to work;

2. Failure to properly maintain the stairway:

3. Failure to properly inspect the stairway;

4. Failure to adequately keep the stairway free of obstructions;

5. Failure to take steps to prevent moisture from accumulating on the stairway, and

6. Any other acts of negligence which will be shown at the trial of this matter.

10.

The injuries and damages sustained by Plaintiff, **Caleb Yancy Trotter,** were caused by the unseaworthiness of the VALARIS DS-18, which conditions of unseaworthiness include the following nonexclusive particulars:

1. Failure to provide a safe place to work;

2. Failure to properly maintain the stairway:

3. Failure to properly inspect the stairway;

4. Failure to adequately keep the stairway free of obstructions;

5. Failure to take steps to prevent moisture from accumulating on the stairway, and

6. Any other acts of negligence which will be shown at the trial of this matter.

11.

As a result of the negligence of the Defendant, **Valaris**, Plaintiff, **Caleb Yancy Trotter,** sustained significant injuries, necessitating medical treatment and resulting in loss of work and

permanent physical impairments; thereby entitling him to general damages, past and future, for his physical and mental pain and suffering, emotional distress, loss of enjoyment of life, and permanent disability; and special damages, past and future, including medical expenses, lost wages and loss of earnings capacity.

**WHEREFORE**, Plaintiff, **Caleb Yancy Trotter,** prays that Defendant, **Valaris PLC,** be served with this Complaint for Damages, and be duly cited to appear and answer same; that after all due proceedings are had, that there be judgment rendered in favor of Plaintiff, **Caleb Yancy Trotter**, and against Defendant, **Valaris PLC,** for all damages that are reasonable in the premises, together with legal interest, and all costs of these proceedings; and further, for all general and equitable relief which the court deems necessary and proper under the circumstances.

Respectfully submitted,

 /s/ Charles C. Bourque, Jr.                    .
**CHARLES C. BOURQUE, JR. (#20118)**
**JOSEPH G JEVIC III (#23145)**
ST. MARTIN & BOURQUE
315 Barrow St.
Houma, Louisiana  70360
Telephone: (985) 876-3891
Facsimile: (985) 851-2219


PLEASE SERVE:

**Valaris PLC**
Via the  Louisiana Long-Arm Statute at
5847 San Felipe
Suite 3300
Houston, TX 77057